IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COWSILL, | No. C -11-03486 EDL |
| Plaintiff, | **ORDER SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| GREGG YALE INC., | |
| Defendant. | |

On October 13, 2011, the Court ordered Plaintiff to file a motion for default judgment no later than January 24, 2012. On January 11, 2012, March 12, 2012, and June 4, 2012, the Court granted extensions of this deadline, finally ordering a motion for default judgment to be filed no later than July 17, 2012. To date, Plaintiff has not filed a motion for default judgment.

Accordingly, Plaintiff shall file a motion for default judgment no later than October 16, 2012. Plaintiff should take all reasonable steps to meet the October 16, 2012 deadline.

IT IS SO ORDERED.

Dated: September 24, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge